IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JAMES L. GARY,**

**Defendant.**                                                                 **No. 16-30013-DRH**

### ORDER

**HERNDON, District Judge**:

Pending before the Court is a *pro se* letter by defendant Gary asking the Court for an extension of time to retain counsel and to continue the March 6, 2017 trial date so that his new retained counsel may prepare for trial (Doc. 58). The Court being fully advised in the premises finds that defendant needs additional time to retain counsel and to allow new counsel to prepare for trial. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's letter/motion. The Court **CONTINUES** the jury trial scheduled for March 6, 2017 to **May 1, 2017 at 9:00 a.m.** The time from the date when defendant requested the continuance, February

1

6, 2017 (the date the Court received the letter), until the date to which the trial is rescheduled, May 1, 2017, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

Lastly, the Court **DENIES as moot** attorney Howard's motion for hearing to determine status of counsel for defendant (Doc. 57).

**IT IS SO ORDERED.**

Signed this 8th day of Febuary, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.02.08
10:02:37 -06'00'

**United States District Court**